# Court of Appeals
# of the State of Georgia

ATLANTA,   August 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0266.  STEARNS BANK, N.A. f/k/a JASPER BANKING COMPANY v. FRANCES LOUISE HAWKINS, f/k/a FRANCES LOUISE MULLINS.**

Frances Louise Hawkins filed an action against her ex-husband, Boyd Lee Mullins, Jr., seeking to hold him in contempt for failing to convey certain real property, as provided by their divorce decree. The property is the subject of a security deed issued by Stearns Bank, N.A., to Mullins, and Stearns Bank was added as a party to the contempt proceeding. Mullins moved to set aside the security deed, and the trial court granted his motion. After the court declined to reconsider its ruling, Stearns Bank filed this application for interlocutory review.

Because this contempt action is based on alleged violations of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*